UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREEM J. HOWELL,

    Plaintiff,

  v.

J. JOHNSON, et al.,

    Defendants.

No. 2:19-cv-0611 DB P

<u>ORDER</u>

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff asserts a First Amendment retaliation claim against defendants Johnson, Snowden, Gamboa, and Anderson and an Eighth Amendment excessive force claim against Anderson. On September 21, 2020, defendants filed a motion to opt out of the post-screening ADR project. After reviewing the motion, the court finds good cause to grant defendants' motion.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Defendants' motion to opt out (ECF No. 28) is granted and the stay of this action is lifted;

////

////

1

2. Within thirty days from the date of this order, defendants shall file a responsive pleading.

Dated: October 27, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/howe0611.adr optout