UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>            Plaintiff,<br><br>    v.<br><br>J. JOHNSON, et al.,<br><br>            Defendants. | No  2:19-cv-00611-TLN-DB<br><br>**ORDER** |

Plaintiff Kareem J. Howell ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 5, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days.  (ECF No. 34.)  Plaintiff has filed timely objections to the findings and recommendations (ECF No. 35), and Defendants J. Johnson, D. Anderson, S. Snowden, and J. Gamboa (collectively, "Defendants") have filed a response (ECF No. 37).  The Court agrees with Defendants that Plaintiff fails in his objections to explain why his arguments were not timely addressed in his opposition to Defendants' Motion for Security and that they do not warrant rejection of the magistrate judge's findings and recommendations.  (*Id.* at 1–2.)

1  The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The Findings and Recommendations filed August 5, 2021 (ECF No. 34), are ADOPTED IN FULL; and

2. Defendants' Motion for Security (ECF No. 21) is GRANTED;

3. Plaintiff is declared a vexatious litigant under the provisions of Title 3A, part 2, of the California Code of Civil Procedure, adopted by this Court pursuant to Local Rule 151(b); and

4. Plaintiff is required to post security in the amount of $8,800.00 within thirty (30) days in order for this litigation to proceed.

IT IS SO ORDERED.

Date: October 7, 2021

_____
Troy L. Nunley
United States District Judge

2