UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>           Plaintiff,<br><br>      v.<br><br>J. JOHNSON, et al.,<br><br>           Defendants. | No.  2:19-cv-0611 TLN DB P<br><br><br>FINDINGS AND RECOMMENDATIONS |

   By order signed on October 7, 2021, the court declared plaintiff a vexatious litigant under the provisions of Title 3A, part 2, of the California Code of Civil Procedure, adopted by this Court pursuant to Local Rule 151(b). By the same order, the court ordered plaintiff to post security in the amount of $8,800.00 within thirty days in order for this litigation to proceed. That time period has expired, and plaintiff has not posted security.

   Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b).

   These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty (30) days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that

1

failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 23, 2021

DLB7
howe0611.fifpsecurity

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE