UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. JOHNSON,<br><br>　　　　　Defendants. | No.  2:19-cv-00611-TLN-DB<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 23, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days.  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed November 23, 2021 (ECF No. 39) are adopted in full;

1

2. This action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b) for Plaintiff's failure to post security as ordered in the Court's order (ECF No. 38) signed on October 7, 2021; and

3. The Clerk of the Court is directed to close this case.

DATED: January 31, 2022

Troy L. Nunley
United States District Judge